THE MERCHANTS' NATIONAL BANK of Binghamton, N. Y., Appellant, *v.* SELIM KIRBY et al., Respondents.

(Argued December 14, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made April 29, 1890, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edmund O'Conner* for appellant.

*Frederick Collin* and *H. Austin Clark* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.